# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| VEN OUK,<br><br>    *Plaintiff,*<br><br>v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,[1]<br><br>    *Defendant.* | CIVIL ACTION<br>NO. 16-5509 |

## ORDER

**AND NOW**, this 20th day of April, 2018, upon consideration of the administrative record (ECF No. 7), Magistrate Judge Lloret's Report and Recommendation (ECF No. 13), Ouk's Objections (ECF No. 14) and the Commissioner's Response (ECF No. 16), it is hereby **ORDERED** that:

1. Ouk's objections are **OVERRULED**;
2. Magistrate Judge Lloret's Report and Recommendation is **APPROVED**;
3. Ouk's Request for Review is **DENIED**;
4. Judgment is **ENTERED** in favor of the Commissioner; and
5. This case shall be **CLOSED** for statistical purposes.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.

---

[1] Nancy A. Berryhill became the Acting Commissioner for Social Security on January 23, 2017. Pursuant to Federal Rule of Civil Procedure 25(d), Berryhill should be substituted for the former Acting Commissioner, Carolyn Colvin, as the defendant in this action.